Page 1

1   UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF NEW YORK
2   -------------------------------------------X
3   REGINALD JOHNSON, and NICOLE AGOSTINI,
4                      Plaintiffs,
5
                                        Case No:
6       - against -                     13 CV 7173
7
    CITY OF NEW YORK, ROBERT MAYER, VINCENZO DIMARTINO,
8   DAVID GRIECO, and JOHN DOES 2-4,
9
                      Defendants.
10
    -------------------------------------------X
11
                    225 Broadway
12                  New York, New York
13                  March 11, 2015
                    10:46 a.m.
14
15
16
17  DEPOSITION OF DAVID GRIECO, pursuant to Notice,
18  taken at the above place, date and time, before
19  DENISE ZIVKU, a Notary Public within and for the
20  State of New York.
21
22
23
24
25

Page 2

1
2      A P P E A R A N C E S:
3         LUMER & NEVILLE
4              Attorneys for Plaintiff
5              225 Broadway, Suite 2700
6              New York, New York 10007
7         BY:  MICHAEL LUMER, ESQ.
8
9
10        CORPORATION COUNSEL
11        THE CITY OF NEW YORK
12        Attorneys for Defendant
13              100 Church Street
14              New York, New York 10007
15        BY:  BRIAN FRANCOLLA, ESQ.
16
17
18
19
20
21
22
23
24
25

```
                                            Page 39
 1                  DAVID GRIECO
 2     went to during your tour of November 23,
 3     2012 prior to going to 173 Atkins Avenue?
 4          A.     No.
 5          Q.     What was the weather like that
 6     day?
 7          A.     I don't remember.
 8          Q.     This is late November, right?
 9          A.     Yes.
10          Q.     Do you recall whether it was
11     unseasonably cold or the unseasonably warm?
12          A.     I don't.
13          Q.     Do you know if it rained at all
14     that day?
15          A.     I don't remember.
16          Q.     Snowed at all?
17          A.     I don't remember.
18          Q.     What were you wearing?
19          A.     Plain clothes.  I don't know
20     specifically.
21          Q.     Had you ever been to 173 Atkins
22     Avenue before November 23, 2012?
23          A.     I don't remember.  I have been
24     on that block numerous times, but that
25     specific house I'm not sure.
```

```
                                              Page 83

  1                        DAVID GRIECO

  2        Q.      Where were the two individuals

  3   while you did this?

  4        A.      I think in the living room area.

  5   Not sure.

  6        Q.      Did you take them into custody

  7   as soon as you entered?

  8        A.      No.

  9        Q.      Did either you or Officer

 10   DiMartino have your gun out at any point

 11   that you were in the apartment?

 12        A.      I don't remember.

 13        Q.      How did the man and woman inside

 14   the apartment react to you when you first

 15   entered?

 16        A.      I don't remember.

 17        Q.      Can we agree that the man in the

 18   apartment turned out to be Reginald Johnson?

 19        A.      Yes.

 20        Q.      Can we agree that the woman in

 21   the apartment turned out to be Nicole

 22   Agostini?

 23        A.      Yes.

 24        Q.      Did you know their names before

 25   you went into the apartment?
```

```
                                                   Page 84

 1                        DAVID GRIECO
 2           A.      No.
 3           Q.      Have you ever encountered either
 4      of these people prior to November 23, 2012,
 5      to the best of your recollection?
 6           A.      No.
 7           Q.      Did they appear to know who you
 8      were?
 9           A.      Not sure.
10           Q.      Did either one --
11           A.      Can I -- as a police officer or
12      personally who I was?
13           Q.      Personally you, Officer David
14      Grieco?
15           A.      I don't know.
16           Q.      I'm not saying did they
17      recognize you were an officer --
18           A.      As me, I don't know.
19           Q.      Did either try to flee once you
20      entered the apartment?
21           A.      Once we entered?
22           Q.      Yeah.
23           A.      No.
24           Q.      Did either of them attempt to
25      assault you?
```