UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

REGINALD JOHNSON, ET AL.,

                                     Plaintiff,

        -against-

THE CITY OF NEW YORK, ET AL.,

                                  Defendants.

------------------------------------------------------------------- x

**STIPULATION OF SETTLEMENT OF ATTORNEYS' FEES**

13 CV 7173 (ARR) (VMS)

        **WHEREAS,** plaintiff Nicole Agostini commenced this action by filing a complaint on or about December 17, 2013, alleging that defendants violated plaintiff's federal civil and state common law rights; and

        **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

        **WHEREAS,** defendant City of New York served plaintiff Nicole Agostini with an offer of judgment pursuant to Fed. R. Civ. P. 68 on August 15, 2014;

        **WHEREAS,** plaintiff accepted defendants' Rule 68 Offer of Judgment on August 19, 2014; and

        **WHEREAS,** plaintiff has assigned her rights to attorneys' fees, costs and expenses to her attorney, Michael B. Lumer, Esq; and

        **WHEREAS,** counsel for defendants, and counsel for plaintiff Nicole Agostini now desire to resolve the issue of attorneys' fees, costs and expenses without further proceedings; and

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for the respective parties to the above-captioned action, as follows:

        1.    Defendant City of New York shall pay to plaintiff's counsel, Michael B. Lumer, Esq., the sum total of FIFTEEN THOUSAND DOLLARS ($15,000.00) in full satisfaction of plaintiff's attorneys' fees, expenses and costs. Counsel for plaintiff hereby agrees and represents that

no other claims for attorneys' fees, costs and expenses arising out of this action shall be made by or on behalf of plaintiffs in any application for attorneys' fees, costs and expenses at any time.

2. In consideration of the payment of FIFTEEN THOUSAND DOLLARS ($15,000.00) by the defendant The City of New York, counsel for plaintiff does hereby release and discharge defendants and any present or former employees and agents of the City of New York or any entity represented by the Office of Corporation Counsel, from any and all claims of attorneys' fees, expenses and costs which were or could have been alleged in the aforementioned action.

3. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York.

4. This Stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations, and nothing contained herein shall be deemed to constitute a policy or practice of the City of New York

5. This Stipulation contains all the terms and conditions agreed upon by counsel for defendants and counsel for plaintiffs hereto, and no oral agreement entered into prior to the execution of this Stipulation regarding the subject of attorneys' fees, costs or expenses shall be deemed to exist or to vary the terms and conditions contained herein.

Dated:   New York, New York
         October __, 2016

MICHAEL B. LUMER
*Attorney for Plaintiff*
225 Broadway, Suite 2700
New York, NY 10007

By: _____
    MICHAEL B. LUMER, ESQ.

ZACHARY W. CARTER
Corporation Counsel of the City of New York
*Attorneys for City Defendants*
100 Church Street
New York, New York 10007

By: _____
    BRIAN FRANCOLLA
    Senior Counsel
    Special Federal Litigation Division