IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

★ OCT 17 2016 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

REGINALD JOHNSON, ET AL.,

                            Plaintiff,

-against-

THE CITY OF NEW YORK, ET AL.,

                           Defendants.

------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL OF ATTORNEY'S FEES, EXPENSES, AND COSTS**

13 CV 7173 (ARR) (VMS)

**WHEREAS**, on June 27, 2016, a judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure was entered against the City of New York in favor of plaintiff Nicole Agostini for $7,501 plus reasonable attorneys' fees, expenses, and costs to the date of the Offer of Judgment (August 15, 2014); and

**WHEREAS**, the parties now desire to resolve the issue of attorneys' fees, expenses, and costs without further proceedings and without admitting fault or liability;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the respective parties to the above-captioned action, action, as follows

1.     The issue of attorneys' fees, expenses, and costs for the judgment entered against the City of New York in favor of plaintiff Nicole Agostini is resolved.

2. The District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement pertaining to attorneys' fees, expenses, and costs reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

LUMER & NEVILLE
*Attorneys for Plaintiff*
225 Broadway, Suite 2700
New York, NY 10007

By: _____
Michael B. Lumer
*Attorney for Plaintiff*

Dated: New York, New York
       _____, 2016

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorneys for City Defendants*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Brian Francolla
*Senior Counsel*

SO ORDERED:

/s/(ARR)

HON. ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE